UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------X
                                                                  :
IN RE:                                                            :
                                                                  :
AXA EQUITABLE LIFE INSURANCE COMPANY                              :   Case No. 16-CV-740 (JMF)
COI LITIGATION                                                    :
                                                                  :
------------------------------------------------------------------X
                                                                  :
This Document Relates to:                                         :
                                                                  :
JEREMY WENOKUR, et al.,                                           :
                                                                  :
                    Plaintiffs,                                   :   Case No. 17-cv-7751 (JMF)
                                                                  :
        v.                                                        :
                                                                  :
AXA EQUITABLE LIFE INSURANCE COMPANY,                             :
                                                                  :
                    Defendant.                                    :
------------------------------------------------------------------X
```

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Jeremy Wenokur (Case No. 17-cv-7751 (JMF)) and Defendant AXA Equitable Life Insurance Company (together with Plaintiff, the "Parties"), hereby stipulate to a dismissal, without prejudice, of the action filed under case number 17-cv-7751 (JMF) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: February 14, 2023

1

| | |
|---|---|
| KAMBERLAW LLC | KRANTZ & BERMAN LLP |
| By: s/ Scott A. Kamber<br>SCOTT A. KAMBER<br>201 Milwaukee Street, Suite 200<br>Denver, CO 80206<br>(303) 222-9008<br>skamber@kamberlaw.com | By: _____<br>LARRY H. KRANTZ<br>Hugh D. Sandler<br>747 Third Avenue, 32nd Floor<br>New York, NY 10017<br>(212) 661-0009<br>lkrantz@krantzberman.com<br>hsandler@krantzberman.com |
| *Attorneys for Plaintiff*<br>*Jeremy Wenokur* | MILBANK LLP<br><br>David R. Gelfand<br>Scott A. Edelman<br>Robert C. Hora<br>55 Hudson Yards<br>New York, NY 10001-2163<br>(212) 530-5000<br>dgelfand@milbank.com<br>sedelman@milbank.com<br>rhora@milbank.com<br><br>*Attorneys for Defendant*<br>*AXA Equitable Life Insurance Company* |

**SO ORDERED:**

Date: February 15, 2023    _____

The Clerk of Court is directed to close 17-cv-7751 (JMF).

2